FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 10 2006 ★
BROOKLYN OFFICE

D&F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------x
United States of America :
:
- against - : 04 - CR - 942 ( DGT )
:
Rafael Perez :
-----------------------------------------x

GOLD, S., U.S.M.J.:

## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE STEVEN M. GOLD

    United States Magistrate Judge Steven M. Gold has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Steven M. Gold. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

    After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Steven M. Gold.

_____
Defendant

_____
Attorney for the Defendant

United States Attorney, E.D.N.Y.

By: _____
Assistant United States Attorney

Dated: _____
Brooklyn, New York

s/Steven Gold